**Order filed January 6, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00695-CV
_____

## LG CHEM AMERICA, INC. AND LG CHEM, LTD., Appellants

## V.

## JAVIER ZAPATA, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-03776**

## O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellants had not requested that the reporter's record be prepared. On December 6, 2021, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof that a request to prepare the reporter's record had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellants filed no reply.

Accordingly, we order appellants to file a brief in this appeal within twenty days of the date of this order. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.